## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**RICKEY L. PERRY**,

    *Plaintiff,*

vs.

**PROGREXION TELESERVICES**,

    *Defendant.*

**Case No.: CIV-17-1285-F**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Rickey L. Perry, hereby stipulates with Defendant, Progrexion Teleservices, that this action shall be dismissed with prejudice.  Each party is to bear its own costs and attorney fees.

Respectfully submitted,

*s/ Jon J. Gores*
_____

Robert J. Wagner, OBA #16902
Jon J. Gores, OBA #31068
WAGNER & WAGNER
4401 N. Classen Blvd., Ste. 100
Oklahoma City, OK 73118-5038
Telephone:  (405) 521-9499
Facsimile:  (405) 521-8994
rjw@wagnerfirm.com
jjg@wagnerfirm.com
Attorneys for Plaintiff


*s/ Esteban Shardonofsky*
_____

Esteban Shardonofsky (pro hac vice)
Texas State Bar No. 24051323
Brian Wadsworth (pro hac vice)
Texas State Bar No. 24075231
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:  (713) 225-2300
Facsimile:   (713) 225-2340
sshardonofsky@seyfarth.com
bawadsworth@seyfarth.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I do hereby certify that on July 17, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Esteban Shardonofsky, Esq.
Brian Wadsworth, Esq.
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
sshardonofsky@seyfarth.com
bawadsworth@seyfarth.com

Laura McConnell-Corbyn, Esq.
Ashley L. Powell, Esq.
HARTZOG CONGER CASON & NEVILLE
1600 Bank of Oklahoma Plaza
201 Robert S. Kerr Avenue
Oklahoma City, Oklahoma 73102
lmcconnell@hartzoglaw.com
apowell@hartzoglaw.com

*/s/ Jon J. Gores*
Jon J. Gores